# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISAAC ASUSTA,<br><br>Plaintiff,<br>v.<br><br>CHARLES DANIELS, et al.,<br><br>Defendants. | Case No. 2:22-cv-01947-APG-EJY<br><br>**ORDER** |

Plaintiff Isaac Asusta moves to voluntary dismiss his complaint. ECF No. 8. This case is currently at the screening stage, and Asusta's complaint has not yet been served on the defendants. Thus, no responsive pleading has been filed. I grant Asusta's motion.

I therefore order that the motion for voluntary dismissal **(ECF No. 8) is granted**. This action is dismissed without prejudice.

I further order that Asusta's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

I further order the Clerk of the Court to close this case.

Dated: March 22, 2023

_____
UNITED STATES DISTRICT JUDGE